# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Civ. No. 08-220 (RMU)** |
| ) | |
| **$10,409.00 in U.S. Currency,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 16th day of June 2008, that I am the attorney of record for plaintiff, the United States of America, in the above-entitled case; that plaintiff commenced this forfeiture action *in rem* against the defendant property, which is $10,409.00 in U.S. Currency, on February 8, 2008; and that the *in rem* defendant property, which is described as:

> **$10,409.00 in United States currency seized from a motel room at President's Inn, located in the 1600 block of New York Avenue, N.E. in Washington, D.C., on September 10, 2007,**

was personally served with process on February 11, 2008. The *in rem* defendant currency is in the custody of an agency of the U.S. government.[1]

I further certify that notice of this action has been given to all known or unknown interested parties by means of certified mail or by publication.[2]

I further certify under penalty of perjury that no claims to the defendant currency have been

---

[1] Copies of the Complaint and the Warrant of Arrest *in Rem*, which the Clerk of the Court issued, were served upon the *in rem* defendant currency on February 11, 2008.

[2] Copies of the Complaint and Warrant of Arrest *In Rem* were sent to all known interested parties, via the United States Postal Service, certified mail, including to: Mr. John Leek on February 15, 2008, at USP Lewisburg, U.S. Penitentiary, P.O. Box 1000, Lewisburg, PA 17837, and Mr. David Bos, Esq., Assistant Federal Public Defender, Mr. Leek's criminal defense counsel, on February 15, 2008, at the Office of Public Defender, 625 Indiana Ave., NW, Suite 550, Washington, DC 20004. A notice of seizure was published on February 28, 2008, in THE WASHINGTON TIMES.

filed and that no appearances have been entered on behalf of the *in rem* defendant currency in this case; no pleading on behalf of the defendant currency has been filed and none served upon the attorney for the plaintiff; no extensions have been given, and the time for filing any pleading in response to the original complaint has expired on not earlier than March 21, 2008; and that the defendant property, which is $10,409.00 in U.S. Currency, is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of June, 2008.

The Clerk is requested to enter a Default against the said *in rem* defendant currency.

      */s/ Barry Wiegand*
BARRY WIEGAND, D.C. Bar No. 424288
Assistant United States Attorney
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299; (202) 514-8707 (telefax)
William.B.Wiegand@USDoJ.Gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Affidavit in Support of Default against *in Rem* Defendant $10,409.00 in U.S. Currency was sent by U.S. Postal Service, certified mail, to Mr. John Leek, Reg. # 14870-037, USP Lewisburg, U.S. Penitentiary, P.O. Box 1000, Lewisburg, PA 17837, and to Mr. David Bos, Esq., Assistant Federal Public Defender, Office of Public Defender, 625 Indiana Ave., NW, Suite 550, Washington, DC 20004, on this  16th  day of June, 2008.

 */s/ Barry Wiegand*
BARRY WIEGAND, D.C. Bar No. 424288
Assistant United States Attorney
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299; (202) 514-8707 (telefax)
William.B.Wiegand@USDoJ.Gov