Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

    V.

Civil Action No. 08-220 RMU

$10,409.00 IN U.S. CURRENCY

    Defendant(s)

RE: $10,409.00 IN U.S. CURRENCY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with a Warrant for Arrest in Rem and Complaint on February 11, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 17th day of June, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk