**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **Civ. No. 08-00220 (RMU)** |
| **v.** | ) | |
| **$10,409.00 in U.S. Currency,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENTRY OF DEFAULT**
**JUDGMENT AND JUDGMENT OF FORFEITURE**

***COMES NOW***, plaintiff, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully to move for entry of a default judgment and judgment of forfeiture of the defendant property to plaintiff on the grounds set forth in the Verified Complaint for Forfeiture *In Rem*. Plaintiff applies for a default judgment and judgment of forfeiture because no paper, pleading, or other claim to the defendant property has been filed in this action to oppose forfeiture, and the Clerk of this Court entered a Default on this case's docket on June 17, 2008. Plaintiff seeks entry of a default judgment and judgment of forfeiture under 18 U.S.C. § 983(a)(4)(A), Fed. R. Civ. P. 55, and Rule G of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions.

A proposed order granting this motion and decreeing a judgment of forfeiture accompanies this motion, as does a Memorandum of Points and Authorities in support of the motion. As nobody

other than the defendant property, which is an inanimate sum of currency, is a party to this action, there is no counsel or person whose position on this motion plaintiff may report.

Respectfully submitted,

/s/ *Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

*/s/ Barry Wiegand*
BARRY WIEGAND, D.C. Bar # 424288
Assistant United States Attorney
Asset Forfeiture Unit, Criminal Division
555 Fourth St., N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299
William.B.Wiegand@USDoJ.Gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have caused copies of the foregoing Motion for Entry of Default Judgment and Judgment of Forfeiture, the accompanying memorandum, and the proposed Order of Forfeiture to be deposited in the U.S. mails in envelopes with sufficient postage affixed to each for first-class handling, addressed to (1) Mr. John Leek at USP Lewisburg, U.S. Penitentiary, P.O. Box 1000, Lewisburg, PA 17837, and (2) Mr. Leek's counsel in a related matter, Mr. David Bos, Esq., Assistant Federal Public Defender, Office of Federal Defender, 625 Indiana Avenue, N.W., Washington, DC 20004, Fifth Floor, on or before the ___ day of August 2008.

*/s/ Barry Wiegand*
BARRY WIEGAND
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civ. No. 08-00220 (RMU)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **$10,409.00 in U.S. Currency,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE**

On February 8, 2008, the plaintiff filed a Verified Complaint for Forfeiture *In Rem* against the defendant $10,409 in United States currency, which was recovered from a hotel room in the District of Columbia on September 10, 2007, from the possession of John Edward Leek. Copies of the Complaint and Warrant of Arrest *In Rem* issued by the Clerk of the Court were served upon the defendant currency on February 11, 2008. See Exhibit 1. Additionally, copies of the Complaint and Warrant of Arrest *In Rem* were served upon the only known interested party, Mr. Leek, and plaintiff gave public notice of the forfeiture action, as follows:

1. Copies of the Complaint and Warrant of Arrest *In Rem* were sent to Mr. John Leek on February 15, 2008, by certified mail through the U.S. Postal Service ("USPS"), addressed to Mr. Leek at U.S. Penitentiary-Lewisburg, Post Office Box 1000, Lewisburg, Pennsylvania17837. USPS returned this certified-mail notice marked as received and delivered on February 19, 2008. See Exhibit 2. Mr. Leek was the only person to file a claim to the funds in the administrative forfeiture process. The U.S. Federal Bureau of Investigation ("FBI") conducted the process for the administrative forfeiture of the defendant funds, which preceded the filing of this civil action for the funds' forfeiture by judicial process.

2. Further, during the FBI's process for administrative forfeiture, notice was published in THE WALL STREET JOURNAL on November 2, 9, and 16, 2007. See Exhibit 3.

3. Copies of the Complaint and Warrant of Arrest *In Rem* were also sent to Mr. David Bos, Esq., Assistant Federal Public Defender, on February 15, 2008, by USPS certified mail, addressed to Mr. Bos at his office's address at a specific place in the 600 block Indiana Avenue, N.W., Washington, DC 20004. USPS returned this certified-mail notice marked as received and delivered on February 19, 2008. See Exhibit 4. Mr. Bos had been Mr. Leek's most recent criminal defense counsel.

4. Further, a notice of seizure was published in THE WASHINGTON TIMES on February 28, 2008, in full compliance with applicable Local Rules and the applicable federal rules of civil procedure, including Rule G of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions. See Exhibit 5. This notice of seizure also was published on a the federal government's computer internet website, www.forfeiture.gov, according to Rule G(4)(a)(iv)(C) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions. In addition, as noted in paragraph 2 above, the FBI published a notice of seizure in THE WALL STREET JOURNAL for three consecutive weeks, including November 2, 2007, November 9, 2007, and November 16, 2007. See Exhibit 3 *supra*.

5. No response, answer, or defense was interposed in accordance with applicable rules, resulting in the entry of a Default by the Clerk of this Court on June 17, 2008. No person has filed a claim or pleading to challenge the defendant property's forfeiture, and the time for filing a claim expired "30 days after the date of service of the Government's complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the complaint." 18 U.S.C.

§ 983(a)(4)(A); see also Rule G(5) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions. In this action, that date was 30 days after February 28, 2008.

6. The entry of Default and a Judgment by Default against the defendant currency is amply supported in the circumstances of this case. Indeed, the Clerk of the Court "shall enter" the Default where there has been a failure to timely plead or otherwise defend an action within the time fixed by law. Fed. R. Civ. P. Rule 55(a). Moreover, the Civil Asset Forfeiture Reform Act of 2000, codified at 18 U.S.C. § 983(a)(4)(A), mandates the filing of a claim within 30 days of the service of the government's complaint.

7. Further, whenever a judgment is sought for other than a sum certain from a defendant (for example, as in this complaint for a Judgment of Forfeiture), application for Judgment by Default shall be made to the Court and such Judgment may be entered by the Court so long as the defaulted party is not an infant or otherwise incompetent. See Fed. R. Civ. P. Rule 55(b); DirecTV, Inc. v. Arnold, 392 F. Supp.2d 415 (N.D.N.Y. 2005); Canady, MD v. Erbe Elektromedizin GMBG, 307 F. Supp.2d 2 (D.D.C. 2004); United States v. Gant, 268 F. Supp.2d 29 (D.D.C. 2003).

8. Accordingly, upon consideration of the record in this case, including a showing of compliance with applicable rules regarding service of process and notice by publication, and the

Default having been entered by the Clerk of the Court, it is respectfully requested that this motion be granted. A proposed Order of Forfeiture is attached.

Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY TAYLOR, D.C. Bar No. 498610
UNITED STATES ATTORNEY

*/s/ William R. Cowden*
WILLIAM R. COWDEN, D.C. Bar No. 426301
Assistant United States Attorney

*/s/ Barry Wiegand*
BARRY WIEGAND, D.C. Bar No. 424288
Assistant United States Attorney
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299
William.B.Wiegand@USDoJ.Gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have caused copies of the foregoing Motion for Entry of Default Judgment and Judgment of Forfeiture, the accompanying memorandum, and the proposed Order of Forfeiture to be deposited in the U.S. mails in envelopes with sufficient postage affixed to each for first-class handling, addressed to (1) Mr. John Leek at USP Lewisburg, U.S. Penitentiary, P.O. Box 1000, Lewisburg, PA 17837, and (2) Mr. Leek's counsel in a related matter, Mr. David Bos, Esq., Assistant Federal Public Defender, Office of Federal Defender, 625 Indiana Avenue, N.W., Washington, DC 20004, Fifth Floor, on or before the 7th day of August 2008.

*/s/ Barry Wiegand*
BARRY WIEGAND
Assistant United States Attorney

# Exhibit 1

U.S. v. $10,409.00 in U.S. Currency
Civil Action No. 08-00220 (RMU)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 08:220 RMU |
| **DEFENDANT** | **TYPE OF PROCESS** |
| $10,409.00 in U.S. Currency | Complaint & Warrant of Arrest in Rem |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ~~$10,409.00 in U.S. Currency (defendant)~~

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: U.S. Marshals Service - Washington, DC

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Barry Wiegand
Assistant U.S. Attorneys
555 4th St., NW, 4th Flr.
Washington, DC 20530

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Asset ID No. 07-FBI-004847

Signature of Attorney or other Originator requesting service on behalf of: WRC/gp
William R. Cowden, Assistant U.S. Attorney

X ☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (202) 307-0258

DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 16 | No. 16 | [signature] | 2/8/08 |

I hereby certify and return that ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

Date of Service: 2/11/08
Time: 1:56 am / pm

Signature of U.S. Marshal or Deputy: [signature] 1 5969

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Money USMS-AF custody 10-18-07

**Exhibit 1**
U.S. v. $10,409 in U.S. Currency
Civil Action No. 08-00220 (RMU)

**PRIOR EDITIONS MAY BE USED**

**2. USMS RECORD**

# Exhibit 2

U.S. v. $10,409.00 in U.S. Currency
Civil Action No. 08-00220 (RMU)



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 0788**
Status: **Delivered**

Your item was delivered at 3:44 PM on February 19, 2008 in LEWISBURG, PA 17837.

Additional Details > Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.
Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA



**Exhibit 2**
U.S. v. $10,409 in U.S. Currency
Civil Action No. 08-00220 (RMU)

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ **Restricted Delivery**

3. Article Addressed to:
Mr. John Leek, Reg. # 14870-037
USP Lewisburg
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

4a. Article Number
7000 0600 0021 5996 0788

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☒ Return Receipt for Merchandise ☐ COD

7. Date of Delivery 2/19

5. Received By: *(Print Name)* DA Eren

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature *(Addressee or Agent)*

PS Form **3811**, December 1994 102595-99-B-0223 Domestic Return Receipt

7000 0600 0021 5996 0788

*(Domestic Mail Only; No Insurance Coverage Provided)*

Notice of Forfeiture Action & copy of Complaint re: USA v. $10,409.00 in U.S. Currency, Cv. Action No. 08-00220 (RMU)

(Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total F

FEB 15 2008

Mr. John Leek, Reg. # 14870-037
USP Lewisburg
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

# Exhibit 3

U.S. v. $10,409.00 in U.S. Currency
Civil Action No. 08-00220 (RMU)

**Exhibit 3(a)**
U.S. v. $10,409 in U.S. Currency
Civil Action No. 08-00220 (RMU)

C10 Friday, November 2, 2007 EE MW SW WE THE WALL STREET JOURNAL.

# LEGAL NOTICE

## ATTENTION

The U.S. Department of Justice, Federal Bureau of Investigation (FBI), Washington, D.C. gives notice that the following properties were seized for various federal forfeiture violations which are mentioned below. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619 and 18 U.S.C. Section 983. You may contest the seizure in U.S. District Court by filing a claim of ownership not later than 30 days after the date of final publication of the notice of seizure, unless written notice is provided by personal letter in which case the deadline set forth in the letter shall apply. Upon the filing of a claim a claimant, pursuant to 18 U.S.C. Section 983(f), may request release of the seized property during pendency of forfeiture proceedings due to hardship. In addition to or in lieu of filing a claim, if you want to request a pardon of the forfeited property, you may submit a petition for remission or mitigation. The petition must contain proof of your ownership interest in the property or proof that you were a victim of the offense underlying the pending forfeiture, or a related offense, and the facts and circumstances which you believe justify a return of the property, a return of your interest in the property, or a return of part of the property. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for requesting remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for requesting mitigation of the forfeiture are found at 9.5(b). You should file the petition within thirty (30) days following receipt of the mailed notice of seizure. Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist. FBI locations and telephone numbers can be found in local telephone directories, through directory assistance with local telephone companies, or by calling (202)324-3000. When submitting documentation, please reference the FBI Seizure Number. Under certain circumstances involving seizures based upon the possession of personal use quantities of a controlled substance, expedited release procedures are available under the Anti-Drug Abuse Act of 1988. See 21 C.F.R. Sections 1316.90 - 1316.99 (54 Register 37610 - 37613). **Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

Legend of Federal Forfeiture Statutes: CSA = The Controlled Substances Act, Title 21, U.S.C., Section 881. MVT = Motor Vehicle Theft Law Enforcement Act of 1984, Title 18, U.S.C., Section 512. PMG = Prison-Made Goods Statute, Title 18, U.S.C., Section 1762. IGB = Prohibition of Illegal Gambling Businesses, Title 18, U.S.C., Section 1955. SEC = Sexual Exploitation of Children, Title 18, U.S.C., Section 2254. WIR = Wire Interception and Interception of Oral Communications Statute, Title 18, U.S.C., Section 2513. COP = Copyrights Act, Title 17, U.S.C., Section 509. TGD = Transportation of Gambling Devices Statute, Title 15, U.S.C., Section 1177. MLC = Money Laundering Control Act of 1986, Title 18, U.S.C., Section 981(a) (1) (A). USA = U.S.A. Patriot Act, Title 18, U.S.C., Section 981(a) (1) (G). OFN = Proceeds of an Offense Against a Foreign Nation, Title 18, U.S.C., Section 981 (a) (1) (B). SUA = Proceeds of a Specified Unlawful Activity, Title 18, U.S.C., Section 981 (a) (1) (C). TGR = Property Traceable to Gross Receipts, Title 18, U.S.C., Sections 981 (a) (1) (D) and 981 (a) (1) (F). PTF = Property Involved in or Proceeds of Terrorism Financing, Title 18, U.S.C., Section 981 (a) (1) (H). VTV = Victims in Trafficking & Violence Prevention Act of 2000, Title 18, U.S.C., Section 1594, BCS = Bulk Cash Smuggling into or out of the United States, Title 31, U.S.C., Section 5332. SCMA = Stop Counterfeiting in Manufacturing Act, Title 18 U.S.C., Section 2320. TISA = Transportation for Illegal Sexual Activity and Related Crimes, Title 18 U.S.C. Section 2428. OBS = Obscenity, Title 18 U.S.C., Section 1467.

**FIRST NOTICE**
**DEADLINE TO FILE CLAIM 12/17/2007**
**ASSET ID, APPRAISED VALUE, STATUTE CODE, DATE SEIZED, SEIZED FROM, PLACE SEIZED**

**DISTRICT OF ALASKA**
**3030-07-F-0007;** $5,921; SUA; 08/23/2007; Yancy Darnell Johns; 36th Avenue & Denali Street, Anchorage, AK; $5,921.00 in U.S. Currency seized from the person of Yancy Darnell Johns.
**3030-07-F-0009;** $12,048; SUA; 08/28/2007; Yancy Darnell Johns; $12,048.00 in U.S. Currency seized from the residence at 4111 Cope St., #B, Anchorage, AK, of which $38.00 was taken from a purse belonging to Vanisa Crenshaw.
**3030-07-F-0011;** $6,915; SUA; 09/02/2007; Charles Lee; Woodside Village; Anchorage, AK; $6,915.00 in U.S. Currency seized from the person of Charles Lee.
**3030-07-F-0012;** $8,000; SUA; 09/07/2007; Alley between Peterkin/Thompson and Klevin N./Park N., Anchorage, AK; $8,000.00 in U.S. Currency seized from the person of Theophilves Robert Johnson.
**3030-08-F-0008;** $103; SUA; 08/28/2007; 330 S. Flower #8, Anchorage, AK; Two handguns and various associated ammunition; H&R Model 939 .22 caliber revolver, S/N AS48676, Auto Nine Corp. .22 caliber handgun, S/N 906231, 9 .22 caliber, 41 Box of Federal Ammunition "50Rimfire Cartridges", 6 .22 caliber long-rifle bullets.
**3030-07-F-0010;** $205; SUA; 08/28/2007; 4111 Cope Street #B, Anchorage, AK; Two firearms and various ammunition; Glock 10MM, Model 10 pistol, S/N CKS355US, Raven Arms, Model P25, S/N 554987, .45 caliber, Box of .38 special cartridges, 4 bullets from Item 2, Clip and ammo, 9MM bullet.

**CENTRAL DISTRICT OF CALIFORNIA**
**3410-07-F-0323;** $11,505; CSA; 08/24/2007; 1201 W. Olympic Boulevard, Los Angeles, CA; $11,505.00 in U.S. Currency contained in UPS parcel with tracking #1ZR37A420145874675, addressed to Mr. & Mrs. Lee Brown.
**3410-08-F-0002;** $12,200; CSA; 08/22/2007; Hector Ponciano; 5127 136th Street, Hawthorne, CA; $12,200.00 in U.S. Currency.
**3410-08-F-0001;** $23,886; SUA; 08/27/2007; 3300 E. Coast Hwy, Corona Del Mar, CA $23,886.08 in funds from two accounts further described as: $22,321.94 in funds from account #21639-04474 and $1,564.14 in funds from account #21639-01382, held in the name of Aneta Walczuk, at Bank of America, Corona Del Mar, CA.

**DISTRICT OF COLUMBIA**
**3920-07-F-0307;** $37,950; SUA; 09/13/2007; 555 12th St. NW, Washington, DC, $37,950.00 in funds from Acct. #1916688? in the name of Leonard Harry Young dba Young Star Tours at M&T Bank Washington DC.
**3920-07-F-0312;** $10,409; CSA; 09/10/2007; John Leek; 1600 New York Ave., NE, Rm. 501 Washington, DC; $10,409.00 U.S. Currency.

**NORTHERN DISTRICT OF ILLINOIS**

Orders International Money Order, S/N 56223632168, MoneyGram Money Orders International Money Order, S/N R100669121025, Western Union Money Order, S/N 08-707779905, MoneyGram Money Orders International Money Order, S/N R100364739805, Western Union Money Order, S/N 08-694119652, MoneyGram Money Orders International Money Order, S/N R200257377221, Western Union Money Order, S/N 08-707779902, MoneyGram Money Orders International Money Order, S/N 56221224180, Western Union Money Order, S/N 08-722005276, MoneyGram Money Orders International Money Order, S/N 56221224170, Western Union Money Order, S/N 08-707779903, MoneyGram Money Orders International Money Order, S/N 56223632179, Western Union Money Order, S/N 08-694115145, MoneyGram Money Orders International Money Order, S/N 56223632180, Western Union Money Order, S/N 08-707609008, MoneyGram Money Orders International Money Order, S/N R200257377232, Western Union Money Order, S/N 08-633684566, Western Union Money Order, S/N 08-694119651, Western Union Money Order, S/N 08-694123005, Western Union Money Order, S/N 08-694123004, Western Union Money Order, S/N 08-637036713, Western Union Money Order, S/N 08-637036712, Western Union Money Order, S/N 08-626445605, Western Union Money Order, S/N 08-752150033, Western Union Money Order, S/N 08-626436572, Western Union Money Order, S/N 08-636524675, Western Union Money Order, S/N 08-650180694, Western Union Money Order, S/N 08-650180695, Western Union Money Order, S/N 08-626443849, Western Union Money Order, S/N 08-707779904, Western Union Money Order, S/N 08-626472952, MoneyGram Money Orders International Money Order, S/N 57010507433, MoneyGram Money Orders International Money Order, S/N R200237059792, Western Union Money Order, S/N 08-705903336, MoneyGram Money Orders International Money Order, S/N 57043720360, Western Union Money Order, S/N 08-705903336, MoneyGram Money Orders International Money Order, S/N 57043720371, Western Union Money Order, S/N 08-705903335, MoneyGram Money Orders International Money Order, S/N R100608975203, Western Union Money Order, S/N 08-637760669, MoneyGram Money Orders International Money Order, S/N R100608975181, Western Union Money Order, S/N 08-637760670, MoneyGram Money Orders International Money Order, S/N R100608975192. Western Union Money Order, S/N 08-694143053, MoneyGram Money Orders International Money Order, S/N 57048032294 Western Union Money Order S/N 08-708902553 MoneyGram Money Orders International Money Order, S/N 57048032305, Western Union Money Order, S/N 08-708902554 MoneyGram Money Orders International Money Order, S/N R100455360830 Western Union Money Order, S/N 08-708515373 MoneyGram Money Orders International Money Order, S/N R100455360841, Western Union Money Order, S/N 08-708515374, Western Union Money Order, S/N 08-694113117, MoneyGram Money Orders International Money Order, S/N 57045832195, Western Union Money Order, S/N 08-707609009

**SECOND NOTICE**
**DEADLINE TO FILE CLAIM 12/10/2007**
**ASSET ID, APPRAISED VALUE, STATUTE CODE, DATE SEIZED, SEIZED FROM, PLACE SEIZED**

**DISTRICT OF ARIZONA**
**3630-07-F-0089;** SEC; 08/28/2007; 1030 West Schafer Drive, Tucson, AZ; Miscellaneous Computer Equipment; Hewlett Packard Laptop, S/N 2CE5510J42, Memorex USB Thumb Drive, S/N Unknown.

**SOUTHERN DISTRICT OF CALIFORNIA**
**3780-07-F-0061;** $8,900; SUA; 08/13/2007; 710 Dennery Road San Diego, CA, 1998 Mercedes Benz E320 VIN# WDBJF65F6WA686243.
**3780-07-F-0062;** $49,970; SUA; 08/13/2007; 710 Dennery Road San Diego, CA $49,970.00 U.S. Currency seized from a 1998 Mercedes Benz E320, VIN DBJF65F6WA586243, registered to Cody Joe Jonas

**DISTRICT OF CONNECTICUT**
**3520-07-F-0073;** $2,448; CSA; 12/05/2006; Bridgeport, CT $2,448.00 in U.S. Currency from the person of Willie Jackson.

**DISTRICT OF COLUMBIA**
**3920-07-F-0305;** $75; CSA; 08/14/2007; 2620 Jasper St., SE, Apt. #5, Washington, DC; .22 cal Taurus PT 922 semi-auto pistol w/magazine and 7 rounds of ammunition, S/N: AMD01453.
**3920-07-F-111 and 112;** $661/$7; TIS; 04/03/2007; 501 New York Ave., NE, Washington, DC; $661.11 U.S. Currency (3920-07-F-111) and RCA "Auto-Shot" VHS video camera, SN: 839330064 with tripod (3920-07-F-112), both from inside of a 2007 Chevrolet Impala, VIN: 2G1WT58K679214598, AK license 680-LPZ registered to and driven by Aubrey Lynn Shepard.

**MIDDLE DISTRICT OF FLORIDA**
**3110-07-F-0033;** $17,100; CSA; 09/28/2007; 10442 S. Lebaron Drive, Homosassa, FL; 1961 Buick LaSabre Convertible VIN# 4H2010925.

**NORTHERN DISTRICT OF IOWA**
**3600-07-F-0137;** SEC; 01/04/2006; 730 Walnut Street, Webster City, IA Del Computer with power cord, Ser No. C657S11, initially seized by the Webster City Police Department on 12/30/2005.

**NORTHERN DISTRICT OF ILLINOIS**
**3470-07-F-0122;** $3,152; CSA; 09/01/2007; Henry R Brown, Midway Airport, 5700 S. Cicero Avenue. Chicago, IL; $3,152.48 U.S. Currency.

**EASTERN DISTRICT OF MICHIGAN**
**3220-07-F-0200;** $186,997; CSA; 09/19/2007; Horizon Outlet Mall; NW parking lot of LaPlaisance Rd. & I-75, Township of Monroe, MI; $186,997.00 U.S. Currency from inside of the rear bumper of a 2005 Chevrolet Equinox, VIN: 2CNDL73F756033461 registered to Adrienne Renee Harshaw and driven by Mindy Colleen Baker.

silver quilted purse.
**3620-07-F-0200;** $5,000;CSA; 09/13/2007; Chanell Cunningham aka Chanell King; 2110 Federal Street, Philadelphia, PA; $5,000.00 U.S. Currency located in a silver quilted purse.
**3620-07-F-0201;** $39,700; CSA; 09/13/2007; Chanell Cunningham aka Chanell King 2110 Federal Street, Philadelphia, PA; 22 Items of Jewelry; Ladies 18 karat white gold diamond engagement ring approx 3.20 carat with 36 round brilliant diamonds 28 princess cut diamonds and 2 small emerald cut diamonds, Matching 18 karat white gold wedding band set with approx 32 princess cut diamonds and 48 rounds brilliant diamonds, Ladies two tone Rolex wrist watch Model# 69173 Serial# S324146, Men's Rolex wrist watch Model# 16710T Serial# Z165920, Ladies Rolex oyster perpetual date Model# 6917 Serial# 7084539, Ladies 18 karat Rolex wrist watch Model# 6916 Serial# 5343420, Ladies "Michele" wrist watch Model# 71-3670 Serial# G08474SS Additional Model# MWW03C000049, Men's "Michele" wrist watch Model# 713600 Additional Model# MWW03C000013, Ladies 14 karat white gold 42 round diamond tennis bracelet, Sterling silver and 18 karat highlighted chain and pendant Designer logo, 14 karat white gold 16" diamond necklace, 14 karat yellow gold charm bracelet with 5 charms, Sterling silver post and dangle earrings with pink stone, Matching cushion cut pendant with pink stone, Matching bracelet with pink stone cushion cut, Sterling silver with 18 karat gold highlights flexible bracelet, Matching sterling silver flexible bracelet with three pink stones, 18 karat and sterling silver hinged solid bangle bracelet set with diamonds, David Yurman sterling silver cable bracelet set with 16 round brilliant diamonds and 2 blue topaz stones, David Yurman cable pendant with 16" sterling silver round wheat chain set with approx 40 round brilliant diamonds and blue topaz, 20" 14 karat white gold wheat chain attached to a diamond key motif pendant set with approx 153 round brilliant diamonds, 18 karat and sterling silver post earrings with diamond centers pave set with approx 75 diamonds.
**3620-08-F-0013;** $10,450; CSA; 08/16/2007; Tia L. Kimble; Vicinity of 4th & Roosevelt Boulevard, Philadelphia, PA; 2000 Jaguar VIN# SAJDA01D6YGL44291.

**WESTERN DISTRICT OF PENNSYLVANIA**
**3620-08-F-0012;** $5,045; CSA; 08/16/2007; Wanda Tarpley; Intersection of Marshall Road & Powell Lane, East Lansdowne, PA; 2003 Pontiac Bonneville VIN# 1G2HX52K734138744.

**WESTERN DISTRICT OF TEXAS**
**3770-07-F-0108;** $20,328; CSA; 09/04/2007; 2316 Wilson Street #106 Austin, TX $20,328.00 U.S. Currency

**THIRD NOTICE**
**DEADLINE TO FILE CLAIM 12/03/2007**
**ASSET ID, APPRAISED VALUE, STATUTE CODE, DATE SEIZED, SEIZED FROM, PLACE SEIZED**

**EASTERN DISTRICT OF ARKANSAS**
[illegible]

Clad Proof Quarter Sets, not in Original, (2) Books of Uncirculated Silver Eagles, 1986-2005, (2) Books of Circulated Peace Dollars, year set, 1921-, 20 Silver Eagles, 1986-2005, Uncirculated, ICG MS-69, (2) 2005 Sacagawea Dollar Groups: (1) Proof and 4 Uncs., (2) 2004 Sacagawea Dollar Groups: (1) Proff and (2) Uncs., (2) 2003 Sacagawea Dollar Groups: (1) Proof and (2) Uncs., (2) 2003 Sacagawea Dollar Groups: (2) Uncs., (2) 2001 Sacagawea Dollar Groups: (1) Proof and (2) Uncs.. (2) 2000 Sacagawea Dollar Groups: (1) Proof and (2) Uncs., (3) 2005 Year Sets (11 Coins, ICG PR-69, 2001 Gold 1/10 Eagle, ICG MS-70, 2001 Gold 1/4 Eagle, ICG MS-70, 2001 Gold 1/2 Eagle, ICG MS-70, 2001 Gold Eagle, ICG MS-70, 2002 Gold 1/10 Eagle, ICG MS-70, 2002 Gold 1/4 Eagle, ICG MS-70, 2002 Gold 1/2 Eagle, ICG MS-70, 2002 Gold Eagle, ICG MS-70, (2) 1990 Proof Eisenhower Dollar, PCGS PR-69, (2) 1971-1972 Proof Eisenhower Dollars, PCGS Pr-69, 1973 Proof Eisenhower Dolalr, PCGS PR-69, 1973 Proof Clad Eisenhower Dollar, PCGS Pr-69, 1974 Proof Eisenhower Dollar, PCGS PR-69, 1974 Proof Clad Eishenhower Dollar, PCGS PR-69, 2005 Proof Silver Eagle, NGC PR-70, 2003 Proof Silver Eagle, NGC Pr-70,1978 Proof Eisenhower Dollar, PCGS Pr-69, 1977 Proof Eisenhower Dollar, PCGS PR-69, 1976 Type I Clad Proof Eisenhower Dollar, PCGS PR-, 1976 Proof Eisenhower Dollar, PCGS Pr-69, 1976 Type II Clad Proof Eisenhower Dollar, PCGS Pr, Silver Dollar Collection, Circutated: 1887, 1921, Silver Dollar Collection, Circulated: 1889, 1921, (2) Proof Sets, 1994, (2) Proof Sets, 1995, (2) Proof Sets, 1996, (2) Proof Sets, 1997, (2) Proof Sets, 1998, (2) 2005 Quarters, 2000 Gold 1/10 Eagle, ICG MS-70, 2000 Gold 1/4 Eagle, ICG MS-70, 2000 Gold 1/2 Eagle, ICG MS-70, 2000 Gold Eagle, ICG MS-70, 1955 Proof Set, Flat, 1956 Proof Set, 3 Proof Sets, 1957-1959, 4 Proof Sets, 1960-1964, 3 Special Mint Sets, 1965-1967, 13 Proof Sets, 1970-1982, (9) Proof Sets, 1982-1990, 2000 Proof Set, 2005 Proof Set, 1997 Proof Set, 1998 Proof Set, 1994 Proof Set, 1995 Proof Set, (2) Proof Sets, 1992-1993, 1996 Proof Set, 1991 Proof Set, 2004 Proof Set, 2003 Proof Set, 2002 Proof Set, 2001 Proof Set, 1999 Proof Set, (2) Books of Indian Cents, Circulated/Heavily Circulat, (2) Books of Mercury Dimes, Heavily Cleaned, (2) Books of Buffalo Nickels, Circulated/Heavily Circu, Book of Lincoln Cents, Common Dates, Circulated, Book of Jefferson Nickels, Common Dates, Circulate, (13) Proof Jefferson Nickels, 1990-2003, ICG PR-69, 2005 Proof Bison Nickel, ICG PR-69, 2004 Proof Keelboat Nickel, ICG PR-69,2004 Proof Peace Nickel, ICG PR-69, 2005 Proof Oceanview Nickel, ICG PR69, Morgan Dollar, 1881-S, Uncirculated, PCGS MS-63, Morgan Dollar, 1883-O, Uncirculated, PCGS MS-63,Morgan Dollar, 1884-O, Uncirculated, PCGS MS-63, Morgan Dollar, 1885, Uncirculated, PCGS MS-63, Morgan Dollar, 1885-O, Uncirculated, PCGS MS-63, Morgan Dollar, 1886, Uncirculated, PCGS MS-63, Morgan Dollar, 1887, Uncirculated, PCGS MS-63, Morgan Dollar, 1899-O, Uncirculated, PCGS MS-63, Morgan Dollar, 1900-O, Uncirculated, PCGS MS-63, Morgan Dollar, 1904-O, Uncirculated, PCGS MS-63, 2 2002 Sacagewea Dollar Groups: (1) Proof and (2) Uncs., "SS Republic" Salvage Coin, Bust Half, 1861-O, NGC, Book of Peace Dollars, (24) Coins, 2005 Platinum 1/10 Eagle, ICG MS-70, 2005 Platinum 1/4 Eagle, ICG MS-

Proof Silver Quarter Sets, not in Original Co, (2) 2000 Proof Silver Quarter Sets, not in Original Co, (2) 2005 Proof Silver Quarter Sets, not in Original Co, 2 1999 Proof Silver Quarter Sets, not in Original Co, (4) 2004 Quarter Year Sets, Uncirculated, Both Mints..

**SOUTHERN DISTRICT OF INDIANA**
**3310-07-F-0117;** $50,000; SUA; 09/07/2007; 46 East Ohio Street, Indianapolis, IN; $50,000.00 in U.S. Currency.

**DISTRICT OF MARYLAND**
**3920-07-F-0316;** $10,000; SUA; 09/26/2007; 7850 Walker Dr., Ste. 160, Greenbelt, MD; SunTrust official check #4926018648 in the amount of $10,000.00 remitted to the U.S. Marshal Department by Glenda Freeman, drawn from Acct. #7019019996.

**EASTERN DISTRICT OF MISSOURI**
**3730-07-F-0055;** $9,600; CSA; 07/19/2007; Westbound I-70 at 203 MM, Foristell, MO; Seized by St. Charles County Sheriff's Department; FBI Agents adopted the seizure on 08/23/07 at St. Louis, MO; $9,600.00 in U.S. Currency inside a White 2002 Cadillac Escalade, Georgia Temporary Tag - no visible number, driven by Luis D. Arevalos-Cervantes.
**3730-07-F-0056;** $25,500; CSA; 08/17/2007; Westbound I-70 at Mile Marker 203 Foristell MO; Seized by St Charles County Sheriff's Department FBI Agents adopted the seizure on 09/05/07 at St. Louis MO; $25,500.00 in U.S. Currency located inside of a 1998 Gray Ford Taurus, VIN: 1FAFP52U2W6258917, driven by Carlos A. Acevedo (Villareal).
**3730-07-F-0057;** $3,857; CSA; 08/31/2007; 4965 Potomac, Apt. A, St. Louis, MO; $3,857.00 in U.S. Currency ($535.00 from the wallet of Julio Garcia-Martinez and the remaining currency from various locations in the residence).
**3730-07-F-0058;** $100; CSA; 08/31/2007; 4965 Potomac, Apt. A, St. Louis, MO; Eastern Arms 12 Gauge Shotgun, Model 1929 Ser No: 1186113.

**DISTRICT OF NEW JERSEY**
**3510-07-F-0101;** $2,218; CSA; 08/28/2007; Ralph Davis; 113 Gravesmith Drive, Egg Harbor Township, NJ; $2,218.00 in U.S. Currency.

**DISTRICT OF NEVADA**
**3380-07-F-0027;** $56,000; SUA; 08/24/2007; 10 Placa De Rei Court, Henderson, NV; 2003 Mercedes Benz SL55 AMG Convertible VIN# WDBSK74F33F029664.
**3380-07-F-0028;** $126,700; SUA; 08/24/2007; 10 Placa De Rei Court, Henderson, NV; 2002 Bentley Arnage VIN# SCBLC31E42CX08336.
**3380-07-F-0029;** $23,925; SUA; 09/04/2007; 3024 E. Fremont Street, Las Vegas, NV; 2004 Cadillac Escalade VIN# 3GYEK62N34G119166.

**EASTERN DISTRICT OF NEW YORK**
**3540-07-F-0413;** $12,000; CSA; 08/08/2007; Bronx, NY; $12,000.00 U.S. Currency.
**3540-07-F-0414;** $20,000; CSA; 08/16/2007; Queens NY $20,000.00 U.S. Currency.

THE WALL STREET JOURNAL. EE MW SW WE

Friday, November 9, 2007 C7

**Exhibit 3(b)**

U.S. v. $10,409 in U.S. Currency
Civil Action No. 08-00220 (RMU)

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
ADVERTISING.WSJ.COM

EE MW SW WE

PUBLIC NOTICES

## LEGAL NOTICE

## ATTENTION

The U.S. Department of Justice, Federal Bureau of Investigation (FBI), Washington, D.C. gives notice that the following properties were seized for various federal forfeiture violations which are mentioned below. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619 and 18 U.S.C. Section 983. You may contest the seizure in U.S. District Court by filing a claim of ownership not later than 30 days after the date of final publication of the notice of seizure, unless written notice is provided by personal letter in which case the deadline set forth in the letter shall apply. Upon the filing of a claim a claimant, pursuant to 18 U.S.C. Section 983(f), may request release of the seized property during pendency of forfeiture proceedings due to hardship. In addition to or in lieu of filing a claim, if you want to request a pardon of the forfeited property, you may submit a petition for remission or mitigation. The petition must contain proof of your ownership interest in the property or proof that you were a victim of the offense underlying the pending forfeiture, or a related offense, and the facts and circumstances which you believe justify a return of the property, a return of your interest in the property, or a return of part of the property. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for requesting remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for requesting mitigation of the forfeiture are found at 9.5(b). You should file the petition within thirty (30) days following receipt of the mailed notice of seizure. Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist. FBI locations and telephone numbers can be found in local telephone directories, through directory assistance with local telephone companies, or by calling (202)324-3000. When submitting documentation, please reference the FBI Seizure Number. Under certain circumstances involving seizures based upon the possession of personal use quantities of a controlled substance, expedited release procedures are available under the Anti-Drug Abuse Act of 1988. See 21 C.F.R. Sections 1316.90 - 1316.99 (54 Register 37610 - 37613). **Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

Legend of Federal Forfeiture Statutes: CSA = The Controlled Substances Act, Title 21, U.S.C., Section 881. MVT = Motor Vehicle Theft Law Enforcement Act of 1984, Title 18, U.S.C., Section 512. PMG = Prison-Made Goods Statute, Title 18, U.S.C., Section 1762. IGB = Prohibition of Illegal Gambling Businesses, Title 18, U.S.C., Section 1955. SEC = Sexual Exploitation of Children, Title 18, U.S.C., Section 2254. WIR = Wire Interception and Interception of Oral Communications Statute, Title 18, U.S.C., Section 2513. COP = Copyrights Act, Title 17, U.S.C., Section 509. TGD = Transportation of Gambling Devices Statute, Title 15, U.S.C., Section 1177. MLC = Money Laundering Control Act of 1986, Title 18, U.S.C., Section 981(a) (1) (A). USA = U.S.A. Patriot Act, Title 18, U.S.C., Section 981(a) (1) (G). OFN = Proceeds of an Offense Against a Foreign Nation, Title 18, U.S.C., Section 981 (a) (1) (B). SUA = Proceeds of a Specified Unlawful Activity, Title 18, U.S.C., Section 981 (a) (1) (C). TGR = Property Traceable to Gross Receipts, Title 18, U.S.C., Sections 981 (a) (1) (D) and 981 (a) (1) (F). PTF = Property Involved in or Proceeds of Terrorism Financing, Title 18, U.S.C., Section 981 (a) (1) (H). VTV = Victims in Trafficking & Violence Prevention Act of 2000, Title 18, U.S.C., Section 1594, BCS = Bulk Cash Smuggling into or out of the United States, Title 31, U.S.C., Section 5332. SCMA = Stop Counterfeiting in Manufacturing Act, Title 18 U.S.C., Section 2320. TISA = Transportation for Illegal Sexual Activity and Related Crimes, Title 18 U.S.C. Section 2428. OBS = Obscenity, Title 18 U.S.C., Section 1467.

**FIRST NOTICE**
**DEADLINE TO FILE CLAIM 12/24/2007**
**ASSET ID, APPRAISED VALUE, STATUTE CODE, DATE SEIZED SEIZED FROM, PLACE SEIZED**

**DISTRICT OF ARIZONA**
**3630-07-F-0087;** $4,825; CSA; 08/28/2007; MP 465 US Hwy 89, Cameron, AZ; Seized by Navajo Nation - Department of Law Enforcement; FBI Agents adopted the seizure on 9/26/07 at Phoenix, AZ; $4,825 U.S. Currency seized from a 1998 Ford Expedition registered to Francisco Cortez.
**3630-07-F-0091;** SEC; 08/30/2007; 1890 E. Gilka Road, Huachuca City, AZ; Computer Equipment; Apple Macbook Pro, S/N W873320QXA9, Compaq Presario Laptop, S/N 1V02DCJ7N1MN, Dell Desktop Computer, S/N 5RX6511, Kodak Easyshare C533 Camera, S/N KCFFR63800047, Olympus Digital Camera Model E-20N 5.0 Megapixel, S/N UNKNOWN.
**3630-07-F-0096;** SEC; 09/04/2007; 2510 Phoenix Avenue, Kingman, AZ; Compaq Presario SN: CNH50606YV.
**3630-07-F-0097;** SEC; 09/06/2007; 6772 West Linda Lane, Chandler, AZ; Computer Equipment; Mac Book Laptop, S/N 4H8390PPVMM, Apple iMAC, S/N W86376EVVGN, Gateway Tower Computer Model ATXSTFOXN, S/N 0022142116.
**3630-07-F-0098;** $2,694; CSA; 08/24/2007; Baptist Church Area - Escalante residence, Sells, AZ; Seized by Tohono O'Odham Nation Police Department; FBI Agents adopted the seizure on 10/11/07 at Phoenix, AZ; $2,694.00 U.S. Currency.

**CENTRAL DISTRICT OF CALIFORNIA**
**3410-08-F-0005;** $17,000; CSA; 09/05/2007; 3700 S. Robertson Boulevard, Culver City, CA; $17,000.00 in U.S. Currency contained in a Federal Express parcel, airbill #862751692887, addressed to P. Keith, West Escrow.
**3410-08-F-0003;** $4,025; CSA; 08/30/2007; 5419 Via San Delarro, Los Angeles, CA; 2000 Chevrolet Monte Carlo VIN# 2G1WW12E1Y9241499
**3410-08-F-0004;** $9,125; CSA; 09/02/2007; Westbound on I-10, Los Angeles, CA; 2005 Ford Focus VIN# 3FAFP31N45R113996.

**DISTRICT OF DELAWARE**
**3050-07-F-0029;** $10,275; CSA; 09/18/2007; Mizrain [illegible]

Trace Apartments; 9800 Block of St. Charles Rock Rd., Breckenridge, MO; 1996 Toyota Tacoma VIN# 4TAWM72N3TZ200821.

**SOUTHERN DISTRICT OF MISSISSIPPI**
**3320-07-F-0048;** $10,800; CSA; 08/31/2007; Salomon Osorio Rebollar; Interstate 10 (I-10) Westbound, Exit 68, Moss Point, MS; $10,800.00 in U.S. Currency ($2,800.00 seized from the person of Salomon Osorio Rebollar and $8,000.00 seized from a 2001 Chevrolet Pick-Up Truck, VIN #2GCEC19T611308120, registered to Saturino Osorio and Maria L. Osorio and in the possession of Salomon Osorio Rebollar).

**DISTRICT OF NEBRASKA**
**3600-07-F-0152;** $29,990; CSA; 08/22/2007; Bryan P. Stuart; 7518 Susan Avenue, LaVista, NE; Seized by LaVista Police Department; FBI Agents adopted the seizure on 09/27/07 at Omaha, NE; $29,990.00 U.S. Currency seized from main floor master bedroom ($9,990.00 from closet and $20,000.00 from armiore) at 7518 Susan Avenue, LaVista.

**DISTRICT OF NEW HAMPSHIRE**
**3010-07-F-0037;** $33,400; SUA; 09/27/2007; Storite Storage Facility; RT 9, Unit #9, West Chesterfield, NH; 2005 Cadillac Escalade VIN# 1GYEK63N35R183207.

**DISTRICT OF NEW JERSEY**
**3620-07-F-0216;** SEC; 10/25/2006; 5500 Walnut Avenue, Pennsauken, NJ; Gateway G6-450 Tower System Ser No: 0012638370.

**DISTRICT OF NEW MEXICO**
**3020-07-F-0046;** $26,214; CSA; 08/27/2007; 2306 East Van Buren Ave, Lovington, NM; $26,214.00 US Currency in which $20,000.00 was seized from within a nylon case inside a gun cabinet in the computer room, $1,048.00 from Michael Blythe's wallet, and $5,166.00 from Airam Blythe's purse located in the master bedroom.
**3020-07-F-0047;** $9,700; CSA; 08/29/2007; 213 S. Love Street, Lovington, NM; $9,700.00 in US Currency seized from a black backpack in the trunk of a 2002 Pontiac Sunfire, VIN#1G2JB124X27289861, registered to Thelma Depew and in the possession of Delma Hughes.

**SOUTHERN DISTRICT OF NEW YORK**

S/N J0693-10528, Coach handbag style #10528 B4/CA, tag codes: B4/CA, S/N J0693-10528, Coach handbag khaki & chocolate w/ fuschia accents, S/N K05Q-6423, Coach handbag style #10631 BKHTO, tag codes: B4/KH, S/N K0673-10631, Coach handbag style #10125 BBKWT, tag codes: B4/BL, S/N M0668-10125, Coach handbag style #10125 BKHVR, tag codes: B4/KH, S/N C06K-10125, Coach handbag style #10250 BKHCA, tag codes: B4/KH, S/N J0632-10250, Coach handbag style #10387 B4/GD, tag codes: B4/GO, S/N F06Q-10387, Coach handbag style #10437 B4/MC, tag codes: HOL P, S/N H0673-10437, Coach handbag style #10542 BKHSD, tag codes: B4/KH, S/N J0668-10542, Coach handbag style #10620 BHKSD, tag codes: B4/KH, S/N J0673-10620, Coach handbag style #10125, S/N J0668-10125, Coach handbag style #10124, S/N J0668-10124, Coach handbag style #8E96, small, light brown; ink, S/N C05S-8E96, Coach handbag style #10630, Signature Collection t, S/N M0651-10630, Coach handbag style #10544, white, gold, and brown, S/N K0673-10544, Coach handbag style #10435, multi-colored, S/N G06Q-10435, Coach handbag style #6266, small, khaki- & saddle-, S/N K05K-6266, Coach wallet style #40491 BKHMA, tag codes: B4/KHA, S/N NONE, Coach wallet style #6K13 BKHCA, tag codes: B4/KHAK, S/N NONE, Coach women's shoes style A3381 Hollie, size 7.5B, Coach women's shoes style A8346 Camelia, size 8M N, Coach women's shoes style unknown (possibly Theres, Coach women's shoes style A 0105 Eva, size 8B, hee, Coach women's shoes style A0307 MaryAlice, size 8M, Coach women's shoes style Q216 Sable, size 8M, hee, Coach women's shoes style A1237 Gretel, size 8M, b, Coach women's shoes style A1267 Tonya, size 8M, NE, Coach women's shoes style A2064 Jasmine, size 6M, Coach women's shoes style Q170 Katelyn, size 8M, b, Coach women's shoes style Q170 Katelyn, size 8M, w, Coach women's shoes style Q170 Katelyn, size 8M, w, Corso Como women's Vero Cuoio red woven leather kn, Dennis Basso women's coat, khaki-colored faux fur, Dezaria women's dress sandals with fake pear-shape, Dezaria women's dress sandals with fake pear-shape, Diego di Lucca Onyx knee-high boots, chocolate, si, Diego di Lucca Onyx knee-high boots, camel, size 8, Diego di Lucca Berti red leather heels with buckle, DKNY Jeans women's fabric jacket, acrylic/polyeste, S/N RN 52002 CA 16396 KCMU666, Dooney & Bourke handbag style #SF600 SA Lot #43317, Dooney & Bourke handbag style SF604 9L Lot #379018, Dooney & Bourke handbag style SN607 BM Lot #396945, Dooney [illegible]

**3920-07-F-0307;** $37,950; SUA; 09/13/2007; 555 12th St. NW, Washington, DC; $37,950.00 in funds from Acct. #19166887 in the name of Leonard Harry Young dba Young Star Tours at M&T Bank, Washington, DC.
**3920-07-F-0312;** $10,409; CSA; 09/10/2007; John Leek; 1600 New York Ave., NE, Rm. 501, Washington, DC; $10,409.00 U.S. Currency.

**NORTHERN DISTRICT OF ILLINOIS**
**3150-07-F-0149;** $15,415; CSA; 07/18/2007; Israel Rodriguez; 5536 West 64th Street, Chicago, IL; $15,415.00 U.S. Currency ($7,570 found on top of bed in SW bedroom and $7,845 found inside a gold & red colored make-up case).

**SOUTHERN DISTRICT OF ILLINOIS**
**3860-07-F-0037;** SEC; 09/13/2007; 1608 East Kiowa Dr., Marion, IL; Miscellaneous computer equipment; Generic custom built CPU, ECDG011018 w/powercord, S/N 41498001, Samsung SyncMaster 730B 15 inch computer monitor w, S/N BI17HCJY412300L, Logitech computer mouse (P/N 852296-0000) w/Logit, Packard Bell keyboard (M/N 5130), S/N BTKB44810437, 6 Zip disks

**DISTRICT OF MARYLAND**
**3920-06-F-0148;** $16,285; CSA; 08/01/2006; William Gray; 6400 Joe Klutsch Dr., Fort Washington, MD; $16,285.00 U.S. Currency.

**EASTERN DISTRICT OF MICHIGAN**
**3220-07-F-0194;** $30,000; SUA; 07/31/2007; 1100 Copper Ave., Fenton, MI; Incomplete carbon fiber tube race car chassis which would accommodate the body of a 2001 Pontiac or Firebird. Chassis bears the name Hardcore Racing, SN: HRC10001 VIN# None.

**DISTRICT OF MINNESOTA**
**3480-07-F-0014;** $10,000; TISA; 03/14/2007; McDonald's Restaurant, Robbinsdale, MN; 2000 Dodge RAM Truck VIN# 1B7MF3366YJ175733.

**EASTERN DISTRICT OF MISSOURI**
**3730-07-F-0062;** $2,050; CSA; 09/11/2007; Hickory Trace Apartments; 9800 Block of St. Charles Rock Rd., Breckenridge, MO; 1998 Nissan Frontier VIN# 1N6DD21S1WC375286.

**NORTHERN DISTRICT OF OHIO**

Money Order, S/N 57045832195, Western Union Money Order, S/N 08-707609009, MoneyGram Money Orders International Money Order, S/N R100364739794, Western Union Money Order, S/N 08-636524677, MoneyGram Money Orders International Money Order, S/N 79977386500, Western Union Money Order, S/N 08-636524676, MoneyGram Money Orders International Money Order, S/N 79977386490, MoneyGram Money Orders International Money Order, S/N R200325420020, MoneyGram Money Orders International Money Order, S/N R200325420053, Western Union Money Order, S/N 08-659161061, MoneyGram Money Orders International Money Order, S/N R200325420042, Western Union Money Order, S/N 08-556274827, MoneyGram Money Orders International Money Order, S/N 57045176397, Western Union Money Order, S/N 08-708902555, MoneyGram Money Orders International Money Order, S/N 56225708980, MoneyGram Money Orders International Money Order, S/N 56223836636, MoneyGram Money Orders International Money Order, S/N R200029829582, Western Union Money Order, S/N 08-659161060, MoneyGram Money Orders International Money Order, S/N 56520787323, MoneyGram Money Orders International Money Order, S/N 57045176386.

**EASTERN DISTRICT OF PENNSYLVANIA**
**3620-07-F-0169;** $14,400; CSA; 08/23/2007; Jesus Antonio Cabrales Jr.; Greyhound Bus Station; 10th & Filbert Streets, Philadelphia, PA; $14,400.00 U.S. Currency.

**MIDDLE DISTRICT OF PENNSYLVANIA**
**3620-07-F-0202;** $35,175; SUA; 09/18/2007; R.J. Burne Cadillac; 1205 Wyoming Avenue, Scranton, PA; 2005 Cadillac Escalade ESV VIN# 3GYFK66N65G267621.
**3620-07-F-0206;** $21,526; SUA; 09/18/2007; 216 South Main Street, Old Forge, PA; $21,526.49 in funds from Old Forge Bank Account Number 1174082214, in the name of Executive Claims Administration, Inc.- Lackawanna County-Charles A. Costanzo.
**3620-07-F-0207;** $51,812; SUA; 09/18/2007; 216 South Main Street, Old Forge, PA; $51,811.55 in fund from Old Forge Bank Account Number 1174082215, in the name of Executive Claims Administration, Inc.-Charles A. Costanzo.
**3620-07-F-0208;** $50,673; SUA; 09/20/2007; Drinker and Blakely Streets, Dunmore, PA; $50,673.33 in fund from Fidelity Deposit and Discount Bank Account

Narcotics Task Force; FBI Agents adopted the seizure on 09/12/07 at Charlotte, NC; 2004 Ford Expedition VIN# 1FMFU18L34LB52244.

**DISTRICT OF NEBRASKA**
**3600-07-F-0138;** $12,220; CSA; 08/16/2007; 1110 Putter Street, O'Neil, NE; 2005 Red Harley Davidson Softail Deuce Motorcycle VIN# 1HD1JBB195Y015168.
**3600-07-F-0139;** $11,775; CSA; 08/16/2007; 1110 Putter Street, O'Neil, NE; 2006 White Harley Davidson Superglide Annv Motorcycle VIN# 1HD1GW1156K307413.

**DISTRICT OF NEW JERSEY**
**3510-07-F-0103;** $53,895; CSA; 09/20/2007; Alfred W. Scarpa; 16 Rhode Street, Sayreville, NJ; $53,895.00 in U.S. Currency.

**SOUTHERN DISTRICT OF NEW YORK**
**3540-07-F-0416;** $28,025; CSA ;08/14/2007; 122-02 25th Road, Apt 2D, Flushing, NY; 2006 Lexus ES-V6 SEDAN 4D ES330 VIN# JTHBA30G565161863.

**NORTHERN DISTRICT OF OHIO**
**3170-08-F-0001;** $25,085; CSA; 09/04/2007; Tina Montoya; 1626 Kelsey, Toledo, OH; Seized by Toledo Police Department; FBI Agents adopted the seizure on 10/03/07 at Cleveland, OH; $25,085.00 U.S. Currency.
**3170-08-F-0002;** $108,579; CSA; 08/22/2007; William Urban; 1661 Homestead, Toledo, OH; $108,579.00 U.S. Currency.

**SOUTHERN DISTRICT OF OHIO**
**3160-07-F-0135;** $8,332; CSA; 08/27/2007; 249 Carter Road, Lucasville, OH; 12 Collectible firearms; Winchester Model 94AE .45cal Rifle and collectible, S/N INV00043, Winchester Model 94AE .45 cal Rifle and collectible, S/N INV00219, Winchester Model 94AE .45cal Rifle and collectible, S/N INV00091, Winchester Model 94AE .45cal Rifle and collectible, S/N INV00218, Winchester Model 94AE .45cal Rifle and collectible, S/N INV00122, Winchester Model 94AE .45cal Rifle and collectible, S/N IN00167, Winchester Model 94AE .45cal Rifle and collectible, S/N INV00182, Winchester Model 9410 .410 shotgun and collectible, S/N 0371IA, Winchester Model 94AE .45cal Rifle and collectible, S/N IV00164, Winchester Model 94AE .45cal Rifle and collectible, S/N IA02487, Winchester Model 9410 .410 shotgun, S/N 0363IA, Winchester Model 94AE .45cal Rifle and

THE WALL STREET JOURNAL. * * * *

**Exhibit 3(c)**
U.S. v. $10,409 in U.S. Currency
Civil Action No. 08-00220 (RMU)

Friday, November 16, 2007 B5

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
ADVERTISING.WSJ.COM
EE MW SW WE

## PUBLIC NOTICES

# LEGAL NOTICE
## ATTENTION

The U.S. Department of Justice, Federal Bureau of Investigation (FBI), Washington, D.C. gives notice that the following properties were seized for various federal forfeiture violations which are mentioned below. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619 and 18 U.S.C. Section 983. You may contest the seizure in U.S. District Court by filing a claim of ownership not later than 30 days after the date of final publication of the notice of seizure, unless written notice is provided by personal letter in which case the deadline set forth in the letter shall apply. Upon the filing of a claim a claimant, pursuant to 18 U.S.C. Section 983(f), may request release of the seized property during pendency of forfeiture proceedings due to hardship. In addition to or in lieu of filing a claim, if you want to request a pardon of the forfeited property, you may submit a petition for remission or mitigation. The petition must contain proof of your ownership interest in the property or proof that you were a victim of the offense underlying the pending forfeiture, or a related offense, and the facts and circumstances which you believe justify a return of the property, a return of your interest in the property, or a return of part of the property. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for requesting remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for requesting mitigation of the forfeiture are found at 9.5(b). You should file the petition within thirty (30) days following receipt of the mailed notice of seizure. Submit all documents to the nearest FBI Field Office, Attention: Forfeiture Paralegal Specialist. FBI locations and telephone numbers can be found in local telephone directories, through directory assistance with local telephone companies, or by calling (202)324-3000. When submitting documentation, please reference the FBI Seizure Number. Under certain circumstances involving seizures based upon the possession of personal use quantities of a controlled substance, expedited release procedures are available under the Anti-Drug Abuse Act of 1988. See 21 C.F.R. Sections 1316.90 - 1316.99 (54 Register 37610 - 37613). **Legal notices regarding abandoned or unclaimed property in the custody of the FBI can be found at www.fbi.gov/legalnotices.**

Legend of Federal Forfeiture Statutes: CSA = The Controlled Substances Act, Title 21, U.S.C., Section 881. MVT = Motor Vehicle Theft Law Enforcement Act of 1984, Title 18, U.S.C., Section 512. PMG = Prison-Made Goods Statute, Title 18, U.S.C., Section 1762. IGB = Prohibition of Illegal Gambling Businesses, Title 18, U.S.C., Section 1955. SEC = Sexual Exploitation of Children, Title 18, U.S.C., Section 2254. WIR = Wire Interception and Interception of Oral Communications Statute, Title 18, U.S.C., Section 2513. COP = Copyrights Act, Title 17, U.S.C., Section 509. TGD = Transportation of Gambling Devices Statute, Title 15, U.S.C., Section 1177. MLC = Money Laundering Control Act of 1986, Title 18, U.S.C., Section 981(a) (1) (A). USA = U.S.A. Patriot Act, Title 18, U.S.C., Section 981(a) (1) (G). OFN = Proceeds of an Offense Against a Foreign Nation, Title 18, U.S.C., Section 981 (a) (1) (B). SUA = Proceeds of a Specified Unlawful Activity, Title 18, U.S.C., Section 981 (a) (1) (C). TGR = Property Traceable to Gross Receipts, Title 18, U.S:C., Sections 981 (a) (1) (D) and 981 (a) (1) (F). PTF = Property Involved in or Proceeds of Terrorism Financing, Title 18, U.S.C., Section 981 (a) (1) (H). VTV = Victims in Trafficking & Violence Prevention Act of 2000, Title 18, U.S.C., Section 1594, BCS = Bulk Cash Smuggling into or out of the United States, Title 31, U.S.C., Section 5332. SCMA = Stop Counterfeiting in Manufacturing Act, Title 18 U.S.C., Section 2320. TISA = Transportation for Illegal Sexual Activity and Related Crimes, Title 18 U.S.C. Section 2428. OBS = Obscenity, Title 18 U.S.C., Section 1467.

**FIRST NOTICE**
**DEADLINE TO FILE CLAIM 12/31/2007**
**ASSET ID, APPRAISED VALUE, STATUTE CODE, DATE SEIZED SEIZED FROM, PLACE SEIZED**

**DISTRICT OF ALASKA**
**3030-07-F-0015**; $2,001; SUA; 09/02/2007; Montriel Ramont Esaw; Woodside Village, Anchorage, AK; $2,001.00 U.S. Currency taken from the person of Montriel Esaw.

**EASTERN DISTRICT OF ARKANSAS**
**3390-07-F-0046**; $18,575; CSA; 08/27/2007; 1 Capitol Mall Building, Little Rock, AR; 2002 GMC Yukon Denali VIN# 1GKFK66U82J316765.

**CENTRAL DISTRICT OF CALIFORNIA**
**3410-07-F-0327**; $5,100; CSA;09/07/2007; 12600 S. Prairie Avenue, Hawthorne, CA; $5,100.00 in U.S. Currency contained in a FedEx parcel bearing airbill #861263793765 addressed to Raymond Simmonds.
**3410-07-F-0331**; $6,253; CSA; 08/30/2007; 8730 Artesia Boulevard, Bellflower, CA; $6,253.00 in U.S. Currency seized from a 2000 Lexus RX300, VIN: JT6GF10U2Y0047071, registered to Shanesha Carr and in the possession of James W[illegible]e Street
**3410-08-F-0018**; $25,821 MLC 09/04/2007 Thomas Mitchell Johnson; 231 E. Burbank Blvd , #107, Burbank, CA; $25,821.00 in U.S. Currency.
**3410-08-F-0008**; $81,214; SUA; 10/05/2007; Anahit Davtyan and Armen Galstyan; 1801 East 17th Street, Santa Ana, CA; $81,214.17 in funds from Account #7063027051 held in the name of Virgil Medical Equipment, Inc., at Wells Fargo Bank, Santa Ana, CA.

**EASTERN DISTRICT OF CALIFORNIA**
**3720-08-F-0004**; $49,149; CSA; 09/05/2007; Vincent Ta; 7830 Rock Creek Way, Sacramento, CA; Seized by Sacramento County District Attorney; FBI Agents adopted the seizure on 10/23/07 at Sacramento, CA; $49,149.00 in U S Currency.
**3720-08-F-0001**; $7,302; CSA; 10/02/2007; Bouavone Keomoonpane 810 S Fourth Street, Fresno CA, $7,302.00 in US Currency.
**3720-08-F-0002**; $19,750; CSA; 10/02/2007 McDonald's Parking Lot, Olive Ave & Hwy 99, Fresno, CA 2002 Toyota Tundra Double Cab-V8 SR5 VIN# 5TBET34125S470786
**3720-08-F-0003**; $25 800; CSA; 10/02/2007, 810 S Fourth Street Fresno CA; 2005 Mercedes Benz ML350 VIN# 4JGAB57E45A524634
S/N 5RX6511, Kodak Easyshare C533 Camera, S/N KCFFR63800047, Olympus Digital Camera Model E-20N 5.0 Megapixel, S/N UNKNOWN.
**3630-07-F-0096**; SEC; 09/04/2007; 2510 Phoenix Avenue, Kingman, AZ; Compaq Presario SN: CNH50606YV.
**3630-07-F-0097**; SEC; 09/06/2007; 6772 West Linda Lane, Chandler, AZ; Computer Equipment; Mac Book Laptop, S/N 4H8390PPVMM, Apple iMAC, S/N W86376EVVGN, Gateway Tower Computer Model ATXSTFOXN, S/N 0022142116.
**3630-07-F-0098**; $2,694; CSA; 08/24/2007; Baptisty Church Area - Escalante residence, Sells, AZ; Seized by Tohono O'Odham Nation Police Department; FBI Agents adopted the seizure on 10/11/07 at Phoenix, AZ; $2,694.00 U.S. Currency.

**CENTRAL DISTRICT OF CALIFORNIA**
**3410-08-F-0005**; $17,000; CSA; 09/05/2007; 3700 S. Robertson Boulevard, Culver City, CA; $17,000.00 in U.S. Currency contained in a Federal Express parcel, airbill #862751692887, addressed to P. Keith, West Escrow.
**3410-08-F-0003**; $4,025; CSA; 08/30/2007; 5419 Via San Delarro, Los Angeles, CA; 2000 Chevrolet Monte Carlo VIN# 2G1WW12E1Y9241499
**3410-08-F-0004**; $9 125 CSA; 09/02/2007; Westbound on I-1[illegible] Los Angeles, CA 2005 Ford Focus VIN# 3FAFP31N45R113996.

**DISTRICT OF DELAWARE**
**3050-07-F-0029**; $10,275; CSA; 09/18/2007; Mizrain Gonzalez; 836 Woodlawn Avenue, Wilmington, DE; $10,275.00 in United States Currency.

**MIDDLE DISTRICT OF FLORIDA**
**3330-08-F-0011**; $68,981; CSA; 09/20/2007; Jason Isaac Thompson; 2400 Yankee Clipper Drive, Jacksonville, FL; $68,981.00 in U S Currency.
**3330-08-F-0012**; $877; CSA; 09/20/2007; 2400 Yankee Clipper Drive, Jacksonville, FL; AR-16, model ST15 .22 cal rifle w/two 30-round magazines w/60 rounds of ammunition, S/N P000171, Taurus, model PT145Pro, .45 semiautomatic pistol w/one magazine w/10 rounds of .45 caliber ammunition, S/N NZK73067.

**NORTHERN DISTRICT OF GEORGIA**
**3040-07-F-0160**; $25,374; CSA 09/12/2007; I-85 SB @ Exit 147, Commerce, GA; Seized by Commerce Police Department FBI Agents adopted the seizure on 09/21/07 at Atlanta GA; $25,374.00 U.S. Currency seized from a 2002 Chevrolet Impala, SC Tag 225WHV,

**SOUTHERN DISTRICT OF MISSISSIPPI**
**3320-07-F-0048**; $10,800; CSA; 08/31/2007; Salomon Osorio Rebollar; Interstate 10 (I-10) Westbound, Exit 68, Moss Point, MS; $10,800.00 in U.S. Currency ($2,800.00 seized from the person of Salomon Osorio Rebollar and $8,000.00 seized from a 2001 Chevrolet Pick-Up Truck, VIN #2GCEC19T611308120, registered to Saturino Osorio and Maria L. Osorio and in the possession of Salomon Osorio Rebollar).

**DISTRICT OF NEBRASKA**
**3600-07-F-0152**; $29 990 CSA; 08/22/2007; Bryan P. Stuart 7518 Susan Avenue, LaVista, NE; Seized by LaVista Police Department; FBI Agents adopted the seizure on 09/27/07 at Omaha, NE; $29,990.00 U.S. Currency seized from main floor master bedroom ($9,990.00 from closet and $20,000.00 from armiore) at 7518 Susan Avenue, LaVista.

**DISTRICT OF NEW HAMPSHIRE**
**3010-07-F-0037**; $33,400, SUA 09/27/2007 Storrte Storage Facility RT 9, Unit #9 West Chesterfield NH 2005 Cadillac Escalade VIN# 1GYEK63N35R183207

**DISTRICT OF NEW JERSEY**
**3620-07-F-0216**; SEC; 10/25/2006; 5500 Walnut Avenue, Pennsauken, NJ; Gateway G6-450 Tower System Ser No: 0012638370.

**DISTRICT OF NEW MEXICO**
**3020-07-F-0046**; $26,214; CSA; 08/27/2007; 2306 East Van Buren Ave, Lovington, NM; $26,214.00 US Currency in which $20,000.00 was seized from within a nylon case inside a gun cabinet in the computer room, $1,048.00 from Michael Blythe's wallet, and $5,166.00 from Airam Blythe's purse located in the master bedroom.
**3020-07-F-0047**; $9,700; CSA; 08/29/2007; 213 S. Love Street, Lovington, NM; $9,700.00 in US Currency seized from a black backpack in the trunk of a 2002 Pontiac Sunfire, VIN#1G2JB124X27289861, registered to Thelma Depew and in the possession of Delma Hughes.

**SOUTHERN DISTRICT OF NEW YORK**
**3540-08-F-0001**; $2,938; CSA; 08/29/2007; Parking lot of K-Mart:1998 Bruckner Boulevard, Bronx, NY; 2001 Toyota Camry VIN #4T1BG22K71U790417.
**3540-07-F-0420**; $25,050; CSA; 08/29/2007; Parking lot of K-Mart; 1998 Bruckner Boulevard, Bronx, NY; $25,050.00 in U.S. currency seized from a 2001 Toyota
B4/KH, S/N K0671-10627, Coach handbag style #10627 BKHWT, tag codes: B4/KH, S/N K0671-10627, Coach handbag style #10479 B4/CN, tag codes: B4/CH, S/N G063-10479, Coach handbag style #10545 BKHSD, tag codes: B4/KH, S/N J0673-10545, Coach handbag style #10627 BHHWT, tag codes: B4/KH, S/N K0671-10627, Coach handbag style #5089 SKHCH, tag codes: SV/KHA, S/N H0694-05089, Coach handbag style #10630, tag codes: B4/SHAKI/CA, S/N K0651-10630, Coach handbag style #10528 B4/PH, tag codes: B4/PA, S/N J0693-10528 Coach handbag style #10528 B4/CA, tag codes B4/CA, S/N J0693-10528 Coach handbag khaki & chocolate w fuschia accents, S/N K05Q-6423, Coach handbag style #10631 BKHTO, tag codes B4/KH, S/N K0673-10631 Coach handbag style #10125 BBKWT tag codes B4/B[illegible], S/N M0668-10125 Coach handbag style #10125 BKHVR, tag codes: B4/KH, S/N C06K-10125, Coach handbag style #10250 BKHCA, tag codes: B4/KH, S/N J0632-10250, Coach handbag style #10387 B4/GD, tag codes: B4/GO, S/N F06Q-10387, Coach handbag style #10437 B4/MC, tag codes: HOL P, S/N H0673-10437, Coach handbag style #10542 BKHSD, tag codes: B4/KH, S/N J0668-10542, Coach handbag style #10620 BHKSD, tag codes: B4/KH, S/N J0673-10620, Coach handbag style #10125, S/N J0668-10125, Coach handbag style #10124, S/N J0668-10124, Coach handbag style #8E96, small, light brown; ink, S/N C05S-8E96, Coach handbag style #10630, Signature Collection t, S/N M0651-10630, Coach handbag style #10544, white, gold, and brown, S/N K0673-10544, Coach handbag style #10435, multi-colored, S/N G06Q-10435, Coach handbag style #6266, small, khaki- & saddle-, S/N K05K-6266, Coach wallet style #40491 BKHMA, tag codes: B4/KHA, S/N NONE, Coach wallet style #6K13 BKHCA, tag codes: B4/KHAK, S/N NONE, Coach women's shoes style A3381 Hollie, size 7.5B, Coach women's shoes style A8346 Camelia, size 8M N, Coach women's shoes style unknown (possibly Theres, Coach women's shoes style A 0105 Eva, size 8B, hee, Coach women's shoes style A0307 MaryAlice, size 8M, Coach women's shoes style Q216 Sable, size 8M, hee, Coach women's shoes style A1237 Gretel, size 8M, b, Coach women's shoes style A1267 Tonya, size 8M, NE, Coach women's shoes style A2064 Jasmine, size 6M, Coach women's shoes style Q170 Katelyn, size 8M, b, Coach women's shoes style Q170 Katelyn, size 8M, w, Coach women's shoes style Q170 Katelyn, size 8M, w, Corso Como women's Vero Cuoio red woven leather kn, Dennis Basso women's coat, khaki-colored faux fur, Dezaria women's dress sandals with fake pear-shape, Dezaria women's dress sandals with fake pear-shape, Diego di Lucca Onyx knee-high boots, chocolate, si,
ammunition; Glock 10MM, Model 10 pistol, S/N CKS355US, Raven Arms, Model P25, S/N 554987, .45 caliber, Box of .38 special cartridges, 4 bullets from Item 2, Clip and ammo, 9MM bullet.

**CENTRAL DISTRICT OF CALIFORNIA**
**3410-07-F-0323**; $11,505; CSA; 08/24/2007; 1201 W. Olympic Boulevard, Los Angeles, CA; $11,505.00 in U.S. Currency contained in UPS parcel with tracking #1ZR37A420145874675, addressed to Mr. & Mrs. Lee Brown.
**3410-08-F-0002**; $12,200; CSA; 08/22/2007; Hector Ponciano, 5127 136th Street, Hawthorne, CA; $12,200.00 in U.S. Currency.
**3410-08-F-0001**; $23,886 SUA, 08/27/2007; 3300 E. Coast Hwy Corona Del Mar, CA $23,886.08 in funds from two accounts further described as $22,321.94 in funds from account #21639-04474 and $1,564.14 in funds from account #21639-01382, held in the name of Aneta Walczuk, at Bank of America, Corona Del Mar, CA.

**DISTRICT OF COLUMBIA**
**3920-07-F-0307**; $37,950; SUA; 09/13/2007; 555 12th St. NW, Washington, DC; $37,950.00 in funds from Acct. #19166887 in the name of Leonard Harry Young dba Young Star Tours at M&T Bank, Washington, DC.
**3920-07-F-0312**; $10,409; CSA; 09/10/2007; John Leek; 1600 New York Ave., NE, Rm. 501, Washington, DC; $10,409.00 U.S. Currency.

**NORTHERN DISTRICT OF ILLINOIS**
**3150-07-F-0149**; $15,415 CSA 07/18/2007; Israel Rodriguez 5536 West 64th Street Chicago; IL; $15,415.00 U.S. Currency ($7 570 found on top of bed in SW bedroom and $7 845 found inside a gold & red colored make-up case).

**SOUTHERN DISTRICT OF ILLINOIS**
**3860-07-F-0037**; SEC; 09/13/2007; 1608 East Kiowa Dr., Marion, IL; Miscellaneous computer equipment; Generic custom built CPU, ECDG011018 w/powercord, S/N 41498001, Samsung SyncMaster 730B 15 inch computer monitor w, S/N BI17HCJY412300L, Logitech computer mouse (P/N 852296-0000) w/Logit, Packard Bell keyboard (M/N 5130), S/N BTKB44810437, 6 Zip disks.

**DISTRICT OF MARYLAND**
**3920-06-F-0148**; $16,285; CSA; 08/01/2006; William Gray; 6400 Joe Klutsch Dr., Fort Washington, MD; $16,285.00 U.S. Currency.
626445605, Western Union Money Order, S/N 08-752150033, Western Union Money Order, S/N 08-626436572, Western Union Money Order, S/N 08-636524675, Western Union Money Order, S/N 08-650180694, Western Union Money Order, S/N 08-650180695, Western Union Money Order, S/N 08-626443849, Western Union Money Order, S/N 08-707779904, Western Union Money Order, S/N 08-626472952, MoneyGram Money Orders International Money Order, S/N 57010507433, MoneyGram Money Orders International Money Order, S/N R200237059792 Western Union Money Order, S/N 08-705903336 MoneyGram Money Orders International Money Order, S/N 57043720360, Western Union Money Order. S/N 08-705903336. MoneyGram Money Orders International Money Order, S/N 57043720371, Western Union Money Order, S/N 08-705903335, MoneyGram Money Orders International Money Order, S/N R100608975203, Western Union Money Order, S/N 08-637760669, MoneyGram Money Orders International Money Order, S/N R100608975181, Western Union Money Order, S/N 08-637760670, MoneyGram Money Orders International Money Order, S/N R100608975192,
Western Union Money Order, S/N 08-694143053, MoneyGram Money Orders International Money Order, S/N 57048032294, Western Union Money Order, S/N 08-708902553, MoneyGram Money Orders International Money Order, S/N 57048032305, Western Union Money Order, S/N 08-708902554, MoneyGram Money Orders International Money Order, S/N R100455360830, Western Union Money Order, S/N 08-708515373, MoneyGram Money Orders International Money Order, S/N R100455360841, Western Union Money Order, S/N 08-708515374, Western Union Money Order, S/N 08-694113117 MoneyGram Money Orders International Money Order S/N 57045832195 Western Union Money Order, S/N 08-707609009, MoneyGram Money Orders International Money Order, S/N R100364739794, Western Union Money Order, S/N 08-636524677, MoneyGram Money Orders International Money Order, S/N 79977386500, Western Union Money Order, S/N 08-636524676, MoneyGram Money Orders International Money Order, S/N 79977386490, MoneyGram Money Orders International Money Order, S/N R200325420020, MoneyGram Money Orders International Money Order, S/N R200325420053, Western Union Money Order, S/N 08-659161061, MoneyGram Money Orders International Money Order, S/N R200325420042, Western Union Money Order, S/N 08-556274827, MoneyGram Money Orders International Money Order, S/N 57045176397, Western Union Money

# Exhibit 4

U.S. v. $10,409.00 in U.S. Currency
Civil Action No. 08-00220 (RMU)





# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 0795**
Status: **Delivered**

Your item was delivered at 2:56 PM on February 19, 2008 in WASHINGTON, DC 20004.

*Additional Details >* *Return to USPS.com Home >*

Track & Confirm
Enter Label/Receipt Number.
Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >



Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
David Bos, Esq.
Assistant Federal Public Defender
Office of Public Defender
625 Indiana Ave., NW, Suite 550
Washington, DC 20004

4a. Article Number
7000 0600 0021 5996 0795

4b. Service Type
☐ Registered ☑ Certified
☐ Express Mail ☐ Insured
☑ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
2/21/08

5. Received By: (Print Name)
Robert Kelly

6. Signature (Addressee or Agent)
Robert Kelly

8. Addressee's Address (*Only if requested and fee is paid*)

PS Form **3811**, December 1994 102595-99-B-0223 Domestic Return Receipt

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

7000 0600 0021 5996 0795

Restricted Delivery Fee (Endorsement Required)
Total P
David Bos, Esq.
Assistant Federal Public Defender
Office of Public Defender
625 Indiana Ave., NW, Suite 550
Washington, DC 20004

FEB 15 2008

Notice of Forfeiture Action & copy of Complaint re: USA v. $10,409.00 in U.S. Currency, Cv. Action No. 08-00220 (RMU)

(Domestic Mail Only; No Insurance Coverage Provided)

**Exhibit 4**
U.S. v. $10,409 in U.S. Currency
Civil Action No. 08-00220 (RMU)

# Exhibit 5

U.S. v. $10,409.00 in U.S. Currency
Civil Action No. 08-00220 (RMU)

# AFFIDAVIT OF PUBLICATION

AD# 10183571

*District Of Columbia, ss.*
*Personally appeared before me,* Chizuko Carter
*a Notary Public in and for the District of Columbia*
Herbert Eisenbart *who being duly sworn according to law, on oath says that he is an AUTHORIZED AGENT of TIMES-TRIBUNE CORPORATION, publisher of*

**The Washington Times**

*published daily, except Saturday and Sunday, in the City of Washington, District of Columbia, and that the advertisement, of which the annexed is a true copy, was published in said newspaper* 1 *times(s) on the following dates:*

2008 FEBRUARY 28

*at the rate of* $2.91 *per line.*

*Total Cost* $186.24 *Dollars.*

[signature]

*Subscribed and sworn to before me*

MARCH 6 XX 2008

[signature]
*Notary Public*

*(Seal)*

Chizuko Carter
Notary Public, District of Columbia
My Commission Expires 7/31/11

*My commission expires* ______

**PUBLIC NOTICE**

**NOTICE IS HEREBY GIVEN** that by virtue of a Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled United States of America v. $10,409.00 in U.S. Currency, the U.S. Marshals Service arrested on February 11, 2008, $10,409.00 in U.S. Currency, property described above under Civil Action # 08-00220-RMU and filed on **February 8, 2008, with the Clerk of the Court for the District of** Columbia for violation of 21 U.S.C. § 881 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001 and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Barry Wiegand, Assistant United States Attorney, 555 4th St., NW, 4th Fl., Washington, DC 20530.
Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

Ad#10183571

**Exhibit 5**
U.S. v. $10,409 in U.S. Currency
Civil Action No. 08-00220 (RMU)

Form No. 66102

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **Civ. No. 08-00220 (RMU)** |
| **v.** | ) | |
| **$10,409.00 in U.S. Currency,** | ) | |
| **Defendant.** | ) | |

**JUDGMENT OF FORFEITURE**

On February 8, 2008, a Verified Complaint for Forfeiture *In Rem* was filed by the plaintiff, United States of America, against the defendant property, which is $10,409.00 in United States currency recovered from a hotel room in the District of Columbia. The complaint alleged that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 801 *et seq*.; that the defendant currency was proceeds traceable to such an exchange and was intended to be used to facilitate a violation of 21 U.S.C. § 841, *et seq*., and as such, the defendant currency was subject to forfeiture pursuant to 18 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action with respect to the defendant currency and returned according to law;

That pursuant to a Warrant of Arrest *in Rem* issued by this Court, the United States Marshall for the District of Columbia served the said defendant currency on February 11, 2008;

That on June 17, 2008, the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant currency within the time permitted by 18 U.S.C. § 983(a)(4)(a); and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant property further identified as: ten thousand, four hundred and nine dollars ($10,409.00) in United States currency be entered and that no right, title, or interest in the defendant currency shall exist in any other party, and that the said defendant currency be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

That the Clerk is hearby directed to send certified copies of this Judgment of Forfeiture to plaintiff's counsel of record and to the United States Marshals Service.

Dated this ______ day of ______________, 2008.

______________________________
Ricardo, M. Urbina
United States District Judge